THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

In Re:                                    *

**Casey Ladon Dobbs**            *     Case No. 23-11592-LRC

Debtor.                              *     Chapter 13

## CERTIFICATION

Pursuant to 11 USC§362(L)(5)(b)(i), Debtor hereby states under penalty of perjury that no judgment for possession of the residential housing in which the Debtor resides has been obtained against the Debtor before the date of the filing of this petition.

_____    12/19/23
Casey Dobbs, Debtor               Date

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

In Re:                                        *

    **Casey Ladon Dobbs**                *       Case No. 23-11592

        Debtor.                          *       Chapter 13

                                        *

### CERTIFICATE OF SERVICE

    I hereby certify that I have on this day electronically filed the foregoing Certification using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

        Melissa J. Davey      mail@13trusteeatlanta.com,
                                        cdbackup@13trusteeatlanta.com

    I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage on the following parties on the list attached hereto at the address shown for each.

    This 29th of December 2023.

                                                      /s/_____
                                                      John T. Dufour
                                                      Attorney for Debtor

605 Newnan Street
Carrollton, Georgia 30117
(770) 834-0295
Georgia State Bar No. 232140

```
Label Matrix for local noticing          Bridgecrest                        Carrollton Emergency Phys
113E-3                                   9301 Corbin Ave, STe 1600          PO Box 95938
Case 23-11592-lrc                        Northridge, CA 91324-2515          Oklahoma City, OK 73143-5938
Northern District of Georgia
Newnan
Tue Dec 19 14:05:58 EST 2023

Carrollton Orthop                        Credit One                         Melissa J. Davey
150 Clinic Ave                           PO Box 98873                       Standing Chapter 13 Trustee
Ste 101                                  Las Vegas, NV 89193-8873           Suite 2250
Carrollton, GA 30117-4402                                                   233 Peachtree Street NE
                                                                            Atlanta, GA 30303-1509

Casey Ladon Dobbs                        John T. Dufour                     Progress Res Borrower 23,LLC
205 Winchester Dr.                       John Dufour Attorney at Law        P.O.Box 451027
Villa Rica, GA 30180-7421                605 Newnan Street                  Atlanta, GA 31145-9027
                                         Carrollton, GA 30117-3428

Tanner                                   Wells Fargo                        World Finance
705 Dixie St                             PO Box 14525                       1124 N Park St
Carrollton, GA 30117-3818                Des Moines, IA 50306-3525          Ste C
                                                                            Carrollton, GA 30117-2282


End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11
```