# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.:  23-11592-LRC |
| ) | |
| CASEY LADON DOBBS ) | CHAPTER 13 |
| ) | |
| DEBTOR ) | JUDGE LISA RITCHEY CRAIG |
| ) | |

## WITHDRAWAL OF TRUSTEE'S
## MOTION TO MODIFY PLAN, OR IN THE ALTERNATIVE, MOTION TO DISMISS

Melissa J. Davey, Standing Chapter 13 Trustee in the above-styled case, withdraws her *Motion to Modify Plan, or in the Alternative, Motion to Dismiss* (Doc. No. 38) filed by the Trustee on November 11, 2025.

Dated: January  7, 2026.                    Respectfully submitted,


/s/ Mandy K. Campbell
Mandy K. Campbell
Attorney for Chapter 13 Trustee
Georgia Bar No. 142676
233 Peachtree St., NE Suite 2250
Atlanta, GA 30303
(678) 510-1444  Phone
(678) 510-1450  Fax
mail@13trusteeatlanta.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 23-11592-LRC |
| | ) | |
| CASEY LADON DOBBS | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | JUDGE LISA RITCHEY CRAIG |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Withdrawal of Motion to Modify Plan, or in the Alternative, Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
JOHN DUFOUR ATTORNEY AT LAW

I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

**DEBTOR:**
CASEY LADON DOBBS
P.O. BOX 464
VILLA RICA, GA  30180

| | |
|---|---|
| Dated: January 7, 2026. | Respectfully submitted, |
| | /s/ Mandy K. Campbell |
| | Mandy K. Campbell |
| | Attorney for Chapter 13 Trustee |
| | Georgia Bar No. 142676 |
| | 233 Peachtree St., NE Suite 2250 |
| | Atlanta, GA 30303 |
| | (678) 510-1444  Phone |
| | (678) 510-1450  Fax |
| | mail@13trusteeatlanta.com |