**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.:  23-11592-LRC |
| | ) | |
| CASEY LADON DOBBS | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | JUDGE LISA RITCHEY CRAIG |
| | ) | |

**NOTICE TO DEBTOR CONCERNING 2025 TAX RETURN**

This notice is to remind you that a copy of your **2025 Federal Income Tax Return**, including all supporting schedules, should be provided to our office within thirty (30) days of filing the return or no later than April 30, 2026. Please do this by providing a copy of your return to your bankruptcy attorney so that he/she may review the return with you and then provide a copy to our office.  If you are not required to file a tax return for 2025, please have your attorney provide an explanation in the space provided below and return it to us. All personal identifying information, such as social security numbers, bank account numbers, and dependents' names, should be redacted before your attorney sends the tax documents to us.

Additionally, please remit any 2025 federal income tax refund exceeding $2,000 if required to do so by your Chapter 13 Plan. These funds will be disbursed to your creditors pursuant to your plan unless otherwise ordered by the Bankruptcy Court. If you are not sure what your Plan requires, please contact your attorney to determine whether this requirement applies in your case. Any request to retain these refunds must be filed with the Bankruptcy Court.  Failure to comply with the obligations in your Chapter 13 Plan regarding tax returns and refunds may result in dismissal of your case.

For your convenience, our office now offers two online payment options which we recommend you use to pay your tax refund as required by your Plan. Visit www.13trusteeatlanta.com and follow the directions on the  "For Debtors" tab, "Play Payment Options". Please make sure that you identify this payment as a tax refund when using the online payment options.

If you prefer to mail us a check, cashier's check or money order, please make your payment payable to "Melissa J. Davey, Standing Chapter 13 Trustee". Please note that if you have had a prior NSF, we cannot accept a personal check. Please be sure to identify your payment as a tax refund and include your case number.

If you have any additional questions or need legal advice, please contact your bankruptcy attorney.

A copy of this Notice was provided to the Debtor(s) electronically by email from the National Data Center or sent by first class U.S. mail to the Debtor(s) at the address of record.

Dated: 4/26/2026

Respectfully submitted,

/s/Melissa J. Davey
Melissa J. Davey
Chapter 13 Trustee
Georgia Bar No. 206310
233 Peachtree Street, NE Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax:       678-510-1450
mail@13trusteeatlanta.com